UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Mike Mange and Donna Atchley | ) | |
|     *Plaintiffs,* | ) | |
| | ) | |
|            v. | ) | Case No. 2:04-02519- CM-GLR |
| | ) | |
| Michael P. Schaefer, *et al* | ) | |
|     *Defendants*. | ) | |

## MEMORANDUM AND ORDER

On June 26, 2007, the court held a hearing on the plaintiff's Mike Mange and Donna Atchley's motion for default judgment [68]. The defendant Michael P. Schaefer did not appear in person or by counsel. Plaintiffs Donna Atchley and Michael Mange were present in person and represented by Dennis Hawver. Don Vasos appeared on behalf of defendant Linda Schaefer, who appeared in person.

Plaintiffs called Michael Mange and Donna Atchley to testify. Plaintiffs' Exhibits 1 (ltr dated 8/24) and 2 (check from Atchley) were received into evidence. The court finds damages in the amount of $213,750 as to plaintiff Mange and $32,830 as to plaintiff Atchley.

IT IS THEREFORE ORDERED that [68] the plaintiffs' Motion for Default Judgment as to the defendant Michael P. Schaefer.; granting Default judgment entered in the amount of $213,750 as to plaintiff Mange and $32,830 as to plaintiff Atchley.

Dated in Kansas City, Kansas on this 17th day of August, 2007.

                                                      s/ Carlos Murguia
                                                      Honorable Carlos Murguia,
                                                      United States District Judge